UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In re: |
ROBIN LEROY WILLIAMS, SR. and |
JENNIE JOHNSON WILLIAMS, | Chapter 13 Proceeding
       Debtors. | Case no. 14-40209-KKS
=======================================================

## FOURTH AMENDED CHAPTER 13 PLAN

**1.     PAYMENTS TO THE TRUSTEE:** Future earnings or other future income of the Debtor is submitted to the supervision and control of the Trustee. The Debtor (or the Debtor's employer) shall pay to the Trustee the sum of **$1400** per month for 10 months, then **$1600** per month for 50 months. The Debtors shall pay to the Trustee an additional $200 from their tax refunds, as will be required to pay all creditors in full with interest.

Total of base plan payments: $94,200.

**2.     Plan Length:** The term of the plan is for 60 months.

**3.**     Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

    a. Secured creditors shall retain their mortgage, lien, or security interest until the earlier of (a) the payment of the underlying debt determined under non-bankruptcy law, or (b) discharge under 11 USC §1328.

    b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 USC §1301, and which are separately classified below and shall file their claims, including all contractual interest which is due or will become due during the consummation of the plan, and payment of the amount specified in the proof of claim shall constitute full payment of the debt as to the Debtor.

    c. All priority creditors under 11 USC §507 shall be paid in full in deferred cash payments.

**4.**     From the payments received under the plan, the Trustee shall make disbursements as follows:

    **a. Administrative Expenses/Priority Claims:**

        1. Trustee's fee: As determined by the Attorney General of the United States.

        2. Filing Fee (unpaid portion):

        3. Priority claims under 11 USC §507(a)(1): Domestic Support Obligations

    a. Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

    b. The name(s) of the holder of any domestic support obligation are as follows (11 USC §§ 101(14A) and 1302(b)(6)):

    c. Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 USC § 507(a)(1) will be paid in full pursuant to 11 USC § 1322(a)(2):

**Creditor(Name)**     **Estimated arrearage claim**

    d. Pursuant to 11 USC §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

**Claimant and proposed treatment:**

4. Unpaid portion of Attorney fees: $2981, plus $219 in expenses.

Pursuant to Standing Order of this Court, the Debtor's attorney may seek additional fees of $250 upon the filing of the required annual statement each year. If the Plan is modified due to an increase in income shown on the annual statement, the Debtor's attorney may seek additional fees of $500. In either of these events, no further notice will be given to creditors.

3. Other priority claims:

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| IRS | 1190 | 0 |

**b. Secured Claims:**

1. Secured Debts Which Will Not Extend Beyond the Length of the Plan
   a. Secured claims subject to valuation under 11 USC §506. Each of the following secured claims shall be paid through the plan as set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim.

| Name | Proposed Total Amount of Allowed Secured Claim | Interest Rate (If specified) |
|---|---|---|
| Greentree | 24,241 | 5 |
| Nuvell | 3,943 | 0 (paid in full at confirmation) |
| William Causseaux | 18,388 | 4 |
| Thompson Trust | 12,000 | 4 |
| Leon County | 1,383 | 6 |
| Aroni, LLC | 956 | 6 |

| | | |
|---|---|---|
| Captial One, N.A. (judgment lien) | 1000 | 0 (paid in full at confirmation) |
| Capital One Cltrl Assignee of FIG 2222 | 1,031 | 6 |
| Capital One Cltrl Assignee of FIG 2222 | 906 | 6 |
| Capital One, as Collateral Assignee of RMC-TL13 | 1,043 | 6 |

  b. Secured Claims Not Subject to Valuation Under 11 USC §506. Each of the following claims shall be paid through the plan as set forth below until the amount of the claim as set forth below has been paid in full.

**Name**   **Amount of Secured Claim**  **Interest Rate (If specified)**

 2. Secured Debts Which Will Extend Beyond The Length Of The Plan:

**Name**   **Amount of Claim**  **Monthly Payment**  **Interest Rate (If Specified)**

 **c. Unsecured Claims**

  General Nonpriority Unsecured: Unsecured debts shall be paid approximately 100 cents on the dollar and paid pro rata.

**5.**  The Debtor proposes to cure defaults to the following creditors by means of monthly payments to the trustee:

**Creditor**   **Amount of Default to be Cured**  **Interest Rate (If specified)**

**6.**  The Debtor shall make regular payment directly to the following creditors:

**Name**   **Amount of Claim**  **Monthly Payment**  **Interest Rate (If specified)**

**7.**  The following executory contracts of the Debtor are rejected:

 **Other Party**   **Description of contract or lease**

**8.**  Property to be surrendered for which the creditor shall be entitled to file a deficiency claim:

 **Name**   **Amount of Claim**  **Description of Property**

**9.**  Title to the Debtor's property shall revest in Debtor at confirmation of a plan unless otherwise provided in paragraph 11.

**10.**  As used herein, the term "Debtor" shall include both Debtors in a joint case.

**11.**  Non-Standard Provisions:  Title to pledged property shall vest in the Debtors upon completion of the case.  Any secured creditor whose claim is paid through the plan shall cancel its lien against the Debtor's property within 30 days of discharge and submit evidence thereof to Debtor's counsel.  The Debtor shall indemnify the estate for any loss to property of the estate while the case is pending.  Adequate protection payments on under-secured claims and claims paid pursuant to section b.1.a. of the plan as set forth above shall reduce the principal amount of the claim.  Interest shall accrue on the remaining principal balance the date the plan is confirmed through the end of the plan term.  Upon the grant of discharge the Capital One shall cancel and satisfy its judgment lien of record.

**12.**  Other Provisions:

Unsecured claims shall be paid interest to the extent available, if any, not to exceed 6%.

The provisions of Paragraph 3 are not intended to modify the rights of the holders of any mortgages on any real property owned by Debtor.  The terms of all notes and mortgages on the Debtors' real property shall remain in full force and effect.

**PAYMENT OF THE FOREGOING ARREARAGES UNDER THIS PLAN SHALL CONCLUSIVELY CONSTITUTE PAYMENT OF ALL PRE-PETITION ARREARAGES.**

Pursuant to 11 USC §521(f)(4)(B) and Standing Order of this Court, the required annual statement as described shall be filed.

Date:  14 November 2014                    /s/Allen P. Turnage
                                           Allen P. Turnage
                                           Debtors' counsel

=========================
**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the Court's Order and Notice of Hearing and Fixing Time to File Objections and the Debtors' Fourth Amended Chapter 13 Plan upon the Debtor, the Chapter 13 Trustee, and each party on the Court's matrix (attached) by properly addressed first class mail, postage prepaid; upon Capital One Bank (USA), N.A., Attn: Bankruptcy Litigation Officer, 4851 Cox Road, Glen Allen, VA 23060 by United States Certified Mail, return receipt requested; and a copy to its counsel, Nicole D. Raines, Esq., Rubin & Debski, P.A, PO Box 47718, Jacksonville, FL 32247 by United States First Class Mail.

Dated: 14 November 2014.

/s/ Allen P. Turnage
Allen P. Turnage
Debtors' Attorney
Post Office Box 15219
Tallahassee FL 32317
(850) 224-3231
Florida Bar No. 993085
service@turnagelaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 14-40209-KKS<br>Northern District of Florida<br>Tallahassee<br>Thu Nov 13 17:06:05 EST 2014 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 |
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | ARONI, LLC<br>8902 N. DALE MABRY HWY, STE 200<br>TAMPA, FL 33614-1596 |
| BMG Money<br>Attn: Bankruptcy Litigation Officer<br>1221 Brickell Ave, Ste 1170<br>Miami FL 33131-3296 | Blair Corporation<br>Attn: Bankruptcy Litigation Officer<br>220 Hickory St<br>Warren PA 16366-0001 | CA Thompson Family Trust<br>Attn:  Bankruptcy Litigation Officer<br>PO Box 15081<br>Tallahassee FL 32317-5081 |
| CACH LLC<br>4340 S. Monaco St.<br>2nd Floor<br>Denver CO 80237-3485 | CAPITAL ONE CLTRL ASSIGNEE OF FIG 2222<br>PO BOX 54418<br>NEW ORLEANS, LA 70154-4418 | CFC<br>Attn: Bankruptcy Litigation Officer<br>1807 W Diehl Rd<br>Naperville IL 60563-1890 |
| Capital One Bank<br>Attn: Bankruptcy Litigation Officer<br>PO Box 30285<br>Salt Lake City UT 84130-0285 | CitiBank NA / Sears<br>Attn: Bankruptcy Litigation Officer<br>PO Box 6282<br>Sioux Falls SD 57117-6282 | Credit Collections USA<br>Attn: Bankruptcy Litigation Officer<br>256 Greenbag Rd, Ste 1<br>Morgantown WV 26501-7158 |
| Evan S. Singer, Esq.<br>Timothy D. Padgett, PA<br>6267 Old Water Oak Rd., Suite 203<br>Tallahassee, FL 32312-3858 | First Florida Credit Union<br>Attn:  Bankruptcy Litigation Officer<br>PO Box 43310<br>Jacksonville FL 32203-3310 | First Premier<br>Attn: Bankruptcy Litigatin Officer<br>3820 N Louise Ave<br>Sioux Falls SD 57107-0145 |
| GECRB / Lowes<br>Attn: Bankruptcy Department<br>PO Box 103104<br>Roswell GA 30076-9104 | GECRB/JC Penney<br>Attn: Bankruptcy Litigation Officer<br>PO Box 965007<br>Orlando FL 32896-5007 | Green Tree<br>c/o Evan S. Singer, Esq.<br>Timothy D. Padgett, PA<br>6267 Old Water Oak Rd., Suite 203<br>Tallahassee, FL 32312-3858 |
| Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049<br>Telephone # 888-298-7785 | HSBC Bank Nevada, NA<br>Bass & Associates PC<br>3936 E Fr. Lowell Road, Suite 200<br>Tucson AZ 85712-1083 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| LVNV Funding LLC<br>Attn: Bankruptcy Litigation Officer<br>PO Box 10497<br>Ste 110, MS 576<br>Greenville SC 29603-0497 | Leon County Tax Collector<br>Attn:  Legal Dept.<br>PO Box 1835<br>Tallahassee FL 32302-1835 | Maurice Antonio Sheals<br>Attn: Bankruptcy Litigation Officer<br>2009 Natalie Ct<br>Tallahassee FL 32305-1954 |

| | | |
|---|---|---|
| Merchants Association Collections<br>Attn: Bankruptcy Litigation Officer<br>134 S Tampa St<br>Tampa FL 33602-5354 | Midnight Velvet<br>Attn: Bankruptcy Litigation Officer<br>1112 7th Avenue<br>Monroe WI 53566-1364 | Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Nuvell Credit Company<br>Attn: Bankruptcy Litigation Officer<br>PO Box 380902<br>Minneapolis MN 55438-0902 |
| Nuvell Credit Company serviced by Ally Servi<br>PO Box 130424<br>Roseville, MN 55113-0004 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy Litigation Officer<br>140 Corporate Blvd<br>Norfolk VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bank<br>Attn: Bankruptcy Litigation Officer<br>3110 Capital Circle NE<br>Tallahassee FL 32308-3706 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | RMC-TL 2013, LLC<br>CAPITAL ONE, AS COLLATERAL ASSIGNEE FOR<br>PO BOX 54426<br>NEW ORLEANS, LA 70154-4426 |
| Sears/CBNA<br>Attn: Bankruptcy Litigation Officer<br>133200 Smith Rd<br>Cleveland OH 44130 | Swiss Colony/Montgomery Ward<br>Attn: Bankruptcy Litigation Officer<br>1112 7th Ave<br>Monroe WI 53566-1364 | Tallahassee Memorial Healthcare<br>Patient Accounting<br>1309 Thomasville Rd<br>Tallahassee FL 32303-5607 |
| Thomas L. Lawrence, M.D.<br>Attn: Bankruptcy Litigation Officer<br>3401 Capital Medical Blvd<br>Tallahassee FL 32308-4425 | United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | William P. Causseaux<br>734 Oakridge Rd<br>Tallahassee FL 32305-8411 |
| William Pierce Causseaux<br>c/o Sarah Bolinder<br>1701 Hermitage Boulevard<br>Suite 100<br>Tallahassee, Florida 32308-7796 | Allen Turnage<br>Allen Turnage, P.A.<br>P.O. Box 15219<br>2344 Centerville Road, Suite 101<br>Tallahassee, FL 32308-4389 | Jennie Johnson Williams<br>8245 Blackjack Rd<br>Tallahassee, FL 32305-0707 |
| Leigh D. Hart<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 | Robin Leroy Williams Sr.<br>8245 Blackjack Rd<br>Tallahassee, FL 32305-0707 | William Pierce Causseaux<br>1701 Hermitage Blvd.<br>St. 100<br>Tallahassee, Fl 32308-7709 |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Green Tree Servicing LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | (d)Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154<br>Telephone # 888-298-7785 |

| | | |
|---|---|---|
| (d)GreenTree Servicing<br>Attn: Bankruptcy Litigation Officer<br>PO Box 6154<br>Rapid City SD 57709-6154 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    53<br>Bypassed recipients    0<br>Total    53 |